# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| ASPE, et al. | : | 02-4785 |
| ANDERSON | : | 02-4802 |
| BATTISTI, et al. | : | 02-4838 |
| ALIAGA, et al. | : | 02-4888 |
| BROAD, et al. | : | 02-4894 |
| BERMAN, et al. | : | 02-4918 |
| BHATTI, et al. | : | 02-4927 |
| BLANCO, et al. | : | 02-4955 |
| DAVISSON, et al. | : | 02-4970 |
| GARCIA, et al. | : | 02-4991 |
| HAGEN, et al. | : | 02-5028 |
| GILL, et al. | : | 02-5041 |
| GILBERT, et al. | : | 02-5045 |
| EVANAGELISTA, et al. | : | 02-5092 |
| EVANS, et al. | : | 02-5096 |
| GORZEGNO, et al. | : | 02-5128 |
| WALLACH, et al. | : | 02-5154 |
| VEGA, et al. | : | 02-5188 |
| WALL | : | 02-5201 |
| TROW | : | 02-5227 |
| HIEB | : | 02-5231 |
| MCKENZIE, et al. | : | 02-5262 |
| MURRAY, et al. | : | 02-5266 |
| CEFARATT | : | 02-5329 |
| BUNGE | : | 02-5335 |
| GHATALA | : | 02-5341 |
| TARPENNING | : | 02-5376 |
| MCGREEVY | : | 02-5394 |
| STEWART | : | 02-5407 |
| NORTH, et al. | : | 02-5443 |
| OLSEN, et al. | : | 02-5458 |
| LONG, et al. | : | 02-5477 |
| OCAMPO | : | 02-5494 |
| SMOLKA | : | 02-5536 |
| COOK, et al. | : | 02-5615 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

      **AND NOW,** this _____ day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [   ]  -  Order staying these proceedings pending disposition of a related action.

    [   ]  -  Order staying these proceedings pending determination of arbitration proceedings.

    [   ]  -  Interlocutory appeal filed.

    [ X ]  -  Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.

It is

      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

                                    **BY THE COURT:**

                                    **John R. Padova, Judge**